437 A.2d 1038

Sims, et al., Appellants v. Havis, et al.

Argued December 2, 1980. Allen L. Feingold, for appellants; John R. Sparks, Jr., for Havis, et al., appellees, Frederick E. Smith, for Crowell, appellee.

624

Before SPAETH, BROSKY and HOFFMAN, JJ.
Order affirmed.